IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FIRST SECURITY BANK OF
NEW MEXICO, N.A.,

      Plaintiff,

vs.                                                  Civ. No. 94-1464 LH/WWD

PANAMERICAN BANK; 1st STATE
INVESTMENT CO., INC.; MATHER
FEDERAL CREDIT UNION; and JOHN P.
McGOVERN FOUNDATION,

      Defendants.

MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Plaintiff First Security Bank's Motion to Compel Discovery from Defendant Panamerican Bank [docket no. 234] filed January 9, 2001. In its response, Panamerican Bank concedes the motion and asks for an additional ten days to produce documents to Plaintiff. Notwithstanding Panamerican Bank's acquiescence, Plaintiff has elected to file a reply pointing out various transgressions by Panamerican Bank in discovery. The reply was unnecessary.

      **WHEREFORE,**

      **IT IS ORDERED** that on or before February 9, 2001, Defendant Panamerican Bank shall serve full and complete responses to Plaintiff First Security Bank of New Mexico, N.A.'s first set of interrogatories to Defendant Panamerican Bank.

-1-

**IT IS FURTHER ORDERED** that on or before February 9, 2001, Panamerican Bank shall produce to First Security Bank of New Mexico all documents sought in First Security Bank of New Mexico, N.A.'s first request for production of documents to Defendant Panamerican Bank.

**FINALLY, IT IS ORDERED** that the question of sanctions will be deferred until the Court has an opportunity to consider, if necessary, compliance with this order.

_____
UNITED STATES MAGISTRATE JUDGE